# United States District Court
# For The Western District of North Carolina
# Charlotte Division

Terry Bell,

    Plaintiff(s),                                   JUDGMENT IN A CIVIL CASE

vs.                                                        3:12-cv-514

Alan Cloninger et al,

    Defendant(s).

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's September 13, 2012 Order.

                                                    Signed: September 14, 2012

Frank G. Johns, Clerk
United States District Court