# United States District Court
# For The Western District of North Carolina
# Charlotte Division

Terry Bell,

    Plaintiff(s),　　　　　　　　　　JUDGMENT IN A CIVIL CASE

vs.　　　　　　　　　　　　　　　　　3:12-cv-514

Alan Cloninger et al,

    Defendant(s).


DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's September 13, 2012 Order.

Signed: September 14, 2012

*Frank G. Johns* (signature)

Frank G. Johns, Clerk
United States District Court